FILED: May 8, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1299
(3:11-cv-00043-NKM-RSB)
_____

ALBERT CLATTERBUCK; CHRISTOPHER MARTIN

    Plaintiffs - Appellees

 and

EARL MCCRAW; JOHN JORDAN; MICHAEL SLOAN

    Plaintiffs

v.

CITY OF CHARLOTTESVILLE

    Defendant - Appellant

_____

RULE 42(b) MANDATE
_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*